UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN CORRION,

        Petitioner,               Case No. 10-10593

v.                                            Honorable David M. Lawson

BRIAN LAFLER, Warden,

        Respondent.
_____/

**ORDER DISMISSING ORDER TO SHOW CAUSE AND GRANTING PETITIONER'S REQUEST FOR AN ORDER DIRECTING FILING OF RESPONSIVE PLEADING**

On May 19, 2010, the Court issued an order directing the petitioner to show cause why his petition should not be dismissed for failure to comply with the Court's March 19, 2010 order requiring him to submit additional copies of his petition as required by Rule 3(a) of Rules Governing Habeas Cases Section 2254. On May 27, 2010, the petitioner responded stating that he did mail the original plus two copies of his petition to the Court on March 30, 2010 and enclosing legal photocopy disbursement authorization tending to confirm making copies of the petition. The Court will give the petitioner the benefit of doubt and dismiss its order to show cause.

The second matter on which this case is before the Court is the petitioner's request for an order directing filing of a responsive pleading. On March 19, 2010, Magistrate Judge R. Steven Whalen granted the petitioner's application to proceed *in forma pauperis*. Therefore, the Court will authorize Magistrate Judge Whalen to direct service of the petition on the respondent and to enter an order directing the respondent to file a responsive pleading in the usual fashion.

Accordingly, it is **ORDERED** that the Court's order to show cause [dkt. # 10] is **DISMISSED**.

It is further **ORDERED** that the petitioner's request for an order directing filing of

responsive pleading [dkt. # 12] is **GRANTED**.  Magistrate Judge R. Steven Whalen is authorized to direct service of the petition on the respondent and to order filing of a responsive pleading in the usual fashion.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated: June 17, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 17, 2010.

s/Teresa Scott-Feijoo  
TERESA SCOTT-FEIJOO