UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN CORRION,

          Petitioner,          Case No. 10-10593

v.                                          Honorable David M. Lawson

MARY BERGHUIS,

          Respondent.
_____/

**ORDER DENYING PETITIONER'S MOTION TO AMEND/CORRECT OV'S PRV'S AND THE PSIR AND PETITIONER'S REQUEST FOR IMMEDIATE INJUNCTIVE RELIEF**

       The matter is before the Court on the petitioner's motion to amend/correct OV's PRV's and the PSIR and his request for immediate injunctive relief. The petitioner's motions request the ultimate relief sought — the correction of his sentence — because the state court allegedly misapplied the Michigan sentencing guidelines. A claim that the state trial court incorrectly scored, calculated, or misapplied the state legislative sentencing guidelines is not cognizable for federal habeas review because it is based solely on state law. *See McPhail v. Renico*, 412 F. Supp. 2d 647, 656 (E.D. Mich. 2006) (citing *Estelle v. McGuire*, 502 U.S. 62, 67 (1991)). Therefore, a claim that the trial court misscored offense variables in determining the state sentencing guidelines is not cognizable on habeas corpus review. *Garcia-Dorantes v. Warren*, 769 F. Supp. 2d 1092, 1112 (E.D. Mich. 2011). Because the Court cannot grant the requested relief, it must deny the petitioner's motions.

Accordingly, it is **ORDERED** that the petitioner's motion to amend/correct OV's PRV's and the PSIR [dkt. #40] and his request for immediate injunctive relief [dkt. #41] are **DENIED**.

                                             s/David M. Lawson
                                             DAVID M. LAWSON
                                             United States District Judge

Dated:  November 10, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 10, 2011.

                                     s/Deborah R. Tofil
                                     DEBORAH R. TOFIL